# SUSSMAN & ASSOCIATES
## ~Attorneys at Law~

---

MICHAEL H. SUSSMAN  
JONATHAN R. GOLDMAN

1 Railroad Ave. – Suite 3  
P.O. Box 1005  
Goshen, New York 10924

PARALEGAL  
JOYMARIE LEWISHOLLIDAY

(845) 294-3991  
Fax: (845) 294-1623  
sussman1@sussman.law

> **SO ORDERED:**
> The settlement conference scheduled for this afternoon is adjourned *sine die*. The parties are directed to engage in meaningful settlement discussions regarding Plaintiff's proposal and shall let the Court know by December 22, 2021 whether the Court's assistance in settling the matter is required.
>
> _Judith C. McCarthy_   12-8-21
> JUDITH C. McCARTHY
> United States Magistrate Judge

December 8, 2021

Honorable Judith McCarthy  
United States District Court – SDNY  
300 Quarropas Street  
White Plains, NY 10601

Re: Handler v. Dutchess CCC, 21 cv 02637 (PMH)(JM)

Dear Judge McCarthy,

I represent plaintiff in this matter. Due to a conflict which I have been unable to avoid, I am respectfully requesting that the mediation Your Honor recently scheduled in this matter be adjourned until 12/23 or sometime during the week of 12/27 if either is possible. I have a suppression hearing in a criminal case in Sullivan County this afternoon. This hearing was scheduled before Your Honor scheduled this settlement conference, but I had understood the matter was not going forward. I have just been advised by the presiding Judge that the matter is going forward with or without me. So, I have to request this adjournment.

Relatedly, I just conveyed a settlement proposal in this case to defendant's counsel and I would expect any adjournment would better allow her to be prepared for our settlement conference.

I apologize for this last-minute request, but, sometimes, bad things happen.

Respectfully submitted,

Michael H. Sussman

Cc: Counsel of record by ECF