UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
LOWELL HANDLER,

|                          |                          |
|--------------------------|--------------------------|
| Plaintiff,               | **ORDER**                |
| -against-                | 21 Civ. 2637 (PMH)(JCM)  |

DUTCHESS COUNTY COMMUNITY
COLLEGE,

Defendant.
------------------------------------------------------X

On December 8, 2021, the undersigned issued an order directing the parties to "let the Court know by December 22, 2021 whether the Court's assistance in settling the matter is required." (Docket No. 15). To date, no such letter has been received. Accordingly, counsel are directed to submit a letter by close of business today explaining why they did not comply with the Court's directive and stating whether they would like the Court to schedule a settlement conference.

Dated:   March 4, 2022
         White Plains, New York

**SO ORDERED:**

JUDITH C. McCARTHY
United States Magistrate Judge