
**GOLDBERG SEGALLA**

Joanne J. Romero  |  Partner
Direct 646.292.8713  |  jromero@goldbergsegalla.com

March 14, 2022

**VIA ECF**
Hon. Judith C. McCarthy
Unites States Magistrate Judge
Southern District of New York
Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

      **Re:**    **Handler v. Dutchess County Community College, 21-cv-02637-PMH**

Dear Judge McCarthy:

      We represent Defendant Dutchess County Community College in the above-referenced matter. We write with Plaintiff's counsel's consent to request a brief two-day adjournment of the settlement conference currently scheduled on March 30, 2022 to April 1, 2022. The reason for this request is that the undersigned has a previously scheduled mediation in another matter on March 30, 3022.

                     Respectfully submitted,

                     */s/ Joanne J. Romero*

                     Joanne J. Romero

**SO ORDERED:**
Application granted in part and denied in part. The settlement conference scheduled for March 30, 2022 is adjourned to April 14, 2022 at 2:00 p.m. Counsel shall call the following number at the time of the conference:

Toll-Free Number: 877-873-8017
Access Code: 4264138.

Parties are required to appear. Counsel are required to submit a confidential, *ex parte* letter, so identified, to the Court, not to exceed 5 pages in length, no later than five business days prior to the conference, outlining any information counsel believes would assist the Court in preparation for the conference. The parties are reminded that they must "engage in meaningful settlement discussions regarding Plaintiff's proposal" if they have not already done so.

*Judith C. McCarthy*      3-14-22
JUDITH C. McCARTHY
United States Magistrate Judge

OFFICE LOCATION 711 3rd Avenue, Suite 1900, New York, NY 10017-4013  |  PHONE 646-292-8700  |  FAX 646-292-8701  |  www.goldbergsegalla.com
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA
32779935