**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
LOWELL HANDLER,

                      Plaintiff,                    21 **CIVIL** 2637 (PMH)

      -against-                             **JUDGMENT**

DUTCHESS COUNTY COMMUNITY COLLEGE,

                      Defendant.
-------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 30, 2024, Defendant's motion for summary judgment is GRANTED. Plaintiff's First Amended Complaint is dismissed. Accordingly, the case is closed.

**Dated:** New York, New York
          January 30, 2024

                                                         RUBY J. KRAJICK
                                                          Clerk of Court

                                        **BY:**

                                                          **Deputy Clerk**